UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONG M. TRAN and
PHUONG HUYNH,

    NO. CIV. S-10-0078 LKK/EFB

    Plaintiffs,

    v.

O R D E R

INDYMAC FEDERAL BANK;
MORTGAGEIT, INC.; NDEX WEST,
LLC; MORTGAGE ELECTRONIC
SYSTEMS, INC.; GLOBAL EQUITY
LENDING; JANYCE PHAM, and
Does 1-20, inclusive,

    Defendants.
_____/

Plaintiffs in this case bring numerous claims arising out of their home loan and mortgage. Plaintiffs' complaint was filed on January 8, 2010. On February 9, 2010, defendant MortgageIt, Inc., filed a motion to dismiss and a separate motion to strike, both of which were noticed for hearing on March 22, 2010. No other defendant has responded. On February 26, plaintiffs filed their first amended complaint.

1

Under Fed. R. Civ. P. 15(a)(1)(B), as amended December 1, 2009, a plaintiff may amend a complaint once as a matter of course within 21 days after service of a motion under Rule 12(b), (e), or (f) if no earlier responsive pleading has been filed. Plaintiffs' first amended complaint was filed 17 days after the Rule 12 motions were filed. Accordingly, plaintiffs' amended complaint is proper. The pending motions (Dkt. Nos. 8, 9) are therefore DENIED as moot.

The amended complaint omits the federal claims alleged in the initial complaint. Furthermore, the complaint explicitly states that as a result of this omission, this court lacks subject matter jurisdiction over the complaint. The state law claims in the amended complaint do not plainly implicate any issues of federal law.

Defendants have not yet responded to the amended complaint, or to the issue of whether the court continues to have subject matter jurisdiction over this suit. Accordingly, defendants MAY file a brief explaining why subject matter jurisdiction over the amended complaint is proper in this court. Said brief may not exceed ten (10) pages, and must be filed, if at all, within fourteen (14) days of the date of this order. If no such brief is filed, the court will dismiss this suit without prejudice for lack of subject matter jurisdiction. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

DATED: March 10, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT