UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONG M. TRAN and
PHUONG HUYNH,

        Plaintiffs,

   v.

INDYMAC FEDERAL BANK;
MORTGAGEIT, INC.; NDEX WEST,
LLC; MORTGAGE ELECTRONIC
SYSTEMS, INC.; GLOBAL EQUITY
LENDING; JANYCE PHAM, and
Does 1-20, inclusive,

        Defendants.
_____/

NO. CIV. S-10-0078 LKK/EFB

O R D E R

    Plaintiffs in this case bring numerous claims arising out of their home loan and mortgage. Plaintiffs' complaint was filed on January 8, 2010. On February 9, 2010, defendant MortgageIt, Inc., filed a motion to dismiss and a separate motion to strike, both of which were noticed for hearing on March 22, 2010. No other defendant has responded. On February 26, plaintiffs filed their first amended complaint.

1

1   Under Fed. R. Civ. P. 15(a)(1)(B), as amended December 1,
2 2009, a plaintiff may amend a complaint once as a matter of course
3 within 21 days after service of a motion under Rule 12(b), (e), or
4 (f) if no earlier responsive pleading has been filed. Plaintiffs'
5 first amended complaint was filed 17 days after the Rule 12 motions
6 were filed. Accordingly, plaintiffs' amended complaint is proper.
7 The pending motions (Dkt. Nos. 8, 9) are therefore DENIED as moot.
8   The amended complaint omits the federal claims alleged in the
9 initial complaint. Furthermore, the complaint explicitly states
10 that as a result of this omission, this court lacks subject matter
11 jurisdiction over the complaint. The state law claims in the
12 amended complaint do not plainly implicate any issues of federal
13 law.
14   Defendants have not yet responded to the amended complaint,
15 or to the issue of whether the court continues to have subject
16 matter jurisdiction over this suit. Accordingly, defendants MAY
17 file a brief explaining why subject matter jurisdiction over the
18 amended complaint is proper in this court. Said brief may not
19 exceed ten (10) pages, and must be filed, if at all, within
20 fourteen (14) days of the date of this order. If no such brief is
21 filed, the court will dismiss this suit without prejudice for lack
22 of subject matter jurisdiction. Fed. R. Civ. P. 41(b).
23   IT IS SO ORDERED.
24   DATED: March 10, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT