UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONG M. TRAN and
PHUONG HUYNH,

                                  NO. CIV. S-10-0078 LKK/EFB

        Plaintiffs,

    v.

                                  O R D E R

INDYMAC FEDERAL BANK;
MORTGAGEIT, INC.; NDEX WEST,
LLC; MORTGAGE ELECTRONIC
SYSTEMS, INC.; GLOBAL EQUITY
LENDING; JANYCE PHAM, and
Does 1-20, inclusive,

        Defendants.
_____/

    On July 13, 2010, the court ordered the parties to show cause as to whether this court has subject matter jurisdiction over this case. Responses to the order are due on July 27, 2010. A status conference is set in this case for July 26, 2010.

    In order to allow the court to determine whether it has subject matter jurisdiction prior to the status conference, the court continues the conference until September 20, 2010 at 11:30

1

a.m. The parties are instructed to file status reports fourteen (14) days before the conference.

IT IS SO ORDERED.

DATED: July 22, 2010.

_/s/ Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT