UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONG M. TRAN and
PHUONG HUYNH,

        NO. CIV. S-10-0078 LKK/EFB

    Plaintiffs,

  v.

        O R D E R

INDYMAC FEDERAL BANK;
MORTGAGEIT, INC.; NDEX WEST,
LLC; MORTGAGE ELECTRONIC
SYSTEMS, INC.; GLOBAL EQUITY
LENDING; JANYCE PHAM, and
Does 1-20, inclusive,

    Defendants.
                              /

    On July 13, 2010, the court filed an order observing the apparent lack of federal question or diversity jurisdiction over plaintiff's complaint as most recently amended, and informing the parties of the court's intent to refrain from continued exercise of supplemental jurisdiction. The court granted the parties until July 27, 2010 to show cause why the court should retain subject matter jurisdiction. Plaintiff filed a statement requesting

1

1 dismissal for lack of subject matter jurisdiction, and no other
2 response was filed.  Accordingly, the court DISMISSES this case for
3 lack of subject matter jurisdiction.  The clerk of the court is
4 directed to CLOSE this case.
5     IT IS SO ORDERED.
6     DATED:  July 29, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT